AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

ORIGINAL
RECEIVED
UNITED STATES MARSHAL
2023 SEP 14 P 1:03
EASTERN DISTRICT
VIRGINIA
NORFOLK DIVISION
SEALED

| United States of America | ) |
| v. | ) |
| | ) Case No. 2:23cr111 |
| KEVIN THANH NGUYEN | ) FID: 11595083 |
| | ) DEA |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Kevin Thanh Nguyen,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

T.21:841(a)(1) - Possession with Intent to Distribute Controlled Substances (Count One, et al.)

Date: 09/14/2023

*Issuing officer's signature*

City and state: Norfolk, Virginia

Robert J. Krask, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/14/23, and the person was arrested on *(date)* 9/21/23
at *(city and state)* Norfolk, Va.

Date: 9/21/23

*Arresting officer's signature*

Kathleen Gordo SA
*Printed name and title*